UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOANNE MARIE BRAWDY, | |
| Plaintiff, | 2:13-cv-00954-GMN-NJK |
| vs. | |
| CAROLYN W. COLVIN, | <u>RECUSAL ORDER</u> |
| Defendant. | |

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

The manual filing of the Answer to Complaint and the Social Security Administrative Record can be located in Magistrate Judge Nancy J. Koppe's chambers.

DATED: August 8, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge