DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd. Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Email: Carlos.Gonzalez2@usdoj.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOANNE MARIE BRAWDY,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:13-cv-00954-GMN-PAL |

**DEFENDANT'S NOTICE OF RESUMPTION OF APPROPRIATIONS**
**AND REQUEST FOR SCHEDULING ORDER**

Defendant Carolyn Colvin, Acting Commissioner of Social Security, hereby notifies the Court and counsel that appropriations for the United States Department of Justice and the Federal Defendant have resumed as of October 17, 2013. There was a lapse in appropriations for a total of 16 days. This notice is provided in compliance with the stay order previously entered by the Court in this matter, which by its terms was effective during the period of lapse in appropriations.

///

///

In order to permit an orderly resumption of litigation activity in this case and other cases in which a stay was entered, the Federal Defendant requests the Court to enter a scheduling order which establishes the following deadline(s):

| Item | Due Date |
| --- | --- |
| Defendant's Response to Motion to Remand | October 30, 2013 |
| Plaintiff's Reply to Response to Motion | November 19, 2013 |

Dated this 18th day of October, 2013.

> DANIEL G. BOGDEN
> United States Attorney
>
> */s/ Carlos A. Gonzalez*
> CARLOS A. GONZALEZ
> Assistant United States Attorney

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE