DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd. Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Email: Carlos.Gonzalez2@usdoj.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOANNE MARIE BRAWDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN[1], ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No: 2:13-cv-00954-GMN-PAL <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |

COMES NOW defendant and respectfully files her unopposed motion for forty-five (45) day extension of time to file Response to Motion for Remand or any other appropriate pleading to Plaintiff's Motion for Remand.  On October 30, 2013 defendant's legal representative contacted

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Plaintiff's counsel to ascertain his position on the instant request and he indicated to have no opposition to the same.

Respectfully submitted this 30th day of October 2013.

|  |  |
|---|---|
| | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ John C. Boyden*<br>JOHN C. BOYDEN<br>Attorney for Plaintiff | */s/ Carlos A. Gonzalez*<br>CARLOS A. GONZALEZ<br>Assistant United States Attorney |

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: November 1, 2013