AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    Nevada

Joanne Marie Brawdy,

            Plaintiff,

V.

Carolyn W. Colvin,

           Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00954-GMN-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment for Attorney Fees and Costs is awarded in favor of Plaintiff Joanne Marie Brawdy and against Defendant Carolyn W. Colvin in the amount of $4,700.00 in attorney fees and $400.00 in costs under the Equal Access to Justice Act.

January 22, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Ari Caytuero

(By) Deputy Clerk